## LOCKWOOD v. CANFIELD.

*Appeal from Marshall District Court — Saturday, January 28.*

ACTION of replevin for a horse. The question involved related to the sufficiency of the evidence to sustain the judgment. No questions of law that would interest the profession were discussed. The judgment of the court below was affirmed as being sustained by the evidence.

DAY, J., delivering the opinion.

*Street & Lamb* for the appellant — *Henderson Bros. & Merriman* for the appellee.

## PHILLIPS v. McCALL & McCLURE.

*Appeal from Madison Circuit Court — Saturday, January 28.*

ACTION to recover for work and labor performed. The case turned entirely upon its facts, and the judgment of the court below, in favor of plaintiff, was affirmed as being sustained by the evidence.

COLE, J., delivering the opinion.

*V. Wainwright* for the appellant — *John Leonard* for the appellee.